**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  20-23407-CIV-SINGHAL/MCALILEY

15 OZ FRESH & HEALTHY FOOD LLC,
Individually and on behalf of all others
similarly situated,

   Plaintiff,

v.

UNDERWRITERS AT LLOYD'S LONDON
KNOWN AS SYNDICATES AML 2001,
WBC 5886, MMX 2010, AND SKD 1897,

   Defendants.
_____/

**NOTICE OF APPEAL**

  NOTICE IS HEREBY GIVEN that Plaintiff in the above-named case, 15 OZ FRESH & HEALTHY FOOD LLC, Individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the "Order Granting Dismissal with Prejudice" entered on February 22, 2021 [DE 23].

            Respectfully submitted,

            */s/ Stephen F. Rosenthal*
            Stephen F. Rosenthal, Esq.
            Florida Bar. No. 131458
            Steven C. Marks
            Florida Bar No. 516414
            PODHURST ORSECK, P.A.
            SunTrust International Center
            One S.E. 3rd Avenue, Ste. 2300
            Miami, FL 33131
            srosenthal@podhurst.com
            smarks@podhurst.com

            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on March 22, 2021 as filed with the Clerk of the Court using CM/ECF.

By:    */s/    Stephen F. Rosenthal*
Stephen F. Rosenthal

2

Podhurst Orseck, P.A.
1 SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346     www.podhurst.com